FILED
DEC 17 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
DEC 15 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

MELINDA HAAG (CA Bar No. 132612)
United States Attorney
ALEX G. TSE (CA Bar No. 152348)
Chief, Civil Division
SARA WINSLOW (DC Bar No. 457643)
Assistant United States Attorney
　　450 Golden Gate Avenue, Box 36055
　　San Francisco, California 94102
　　Telephone: (415) 436-6925
　　Facsimile: (415) 436-6748
　　sara.winslow@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. TREVER KNOFLICK,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GREEN BAG CO., INC, et al.,<br><br>　　　　Defendants. | Case No.  C 12-3803 DMR<br><br>**UNITED STATES' NOTICE OF ELECTION TO INTERVENE; [PROPOSED] ORDER** |

　　1. Pursuant to 31 U.S.C. § 3730 (b)(4), the United States hereby notifies the Court that it elects to intervene in this False Claims Act *qui tam* action.

　　2. The parties have entered into a Settlement Agreement in this case.  Defendant's initial payment under the Settlement Agreement is due on January 15, 2015.  After receiving payment of the settlement amount, the United States and the Relator will file a stipulation of dismissal in this action pursuant to the terms and conditions of the Settlement Agreement.

　　3. The United States requests that the Court unseal: (a) Relator's Complaint; (b) the summons, if any; (c) the scheduling order; (d) this Notice of Election and accompanying [Proposed] Order Lifting Seal, and (e) subsequent filings in this action.  The United States

STIPULATION TO ENLARGE TIME, No. C 12-3803 DMR

1

requests that all other contents of the Court's file in this matter (including, but not limited to, any applications filed by the United States for extensions of the sixty-day investigative period, any applications for partial lifting of the seal, and any orders previously entered in this matter) remain under seal and not be made public or served upon Defendants.

Respectfully submitted,

MELINDA HAAG

Dated: December 15, 2014    By: _____
SARA WINSLOW
Assistant United States Attorney
Attorneys for the United States of America

[~~PROPOSED~~] ORDER

Upon consideration of the United States' Notice of Election to Intervene, the Court rules as follows.

1. The seal shall be lifted as to: (a) Relator's Complaint; (b) the summons, if any; (c) the scheduling order; (d) this Notice of Election and accompanying [Proposed] Order Lifting Seal; and (e) all subsequent filings in this action.

2. All other previously filed contents of the Court's file in this action shall remain under seal and not be made public or served upon the Defendants.

IT IS SO ORDERED.

Dated: 12/17/14          _____
DONNA M. RYU
United States Magistrate Judge

STIPULATION TO ENLARGE TIME, No. C 12-3803 DMR

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S.A., ex rel. TREVER KNOFLICK,<br><br>    Plaintiff,<br><br>v.<br><br>GREEN BAG CO., INC., ET AL,<br><br>    Defendants. | Case Number: C-12-3803-DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 17, 2014, I SERVED a true and correct copy of the Order in Re: United States' Notice of Election to Intervene, by placing said copy in a postage paid envelopes addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copie into an inter-office delivery receptacle located in the Clerk's office.


Sara Winslow
Assistant U.S. Attorney
U.S. Attorney's Office
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102


Jeffrey Farley Keller
Kathleen R. Scanlan
Keller Grover LLP
1965 Market Street
San Francisco, CA 94103


Dated:   December 17, 2014

                                          Richard W. Wieking, Clerk

                                          By: Ivy Garcia, Deputy Clerk