MELINDA HAAG (CA Bar No. 132612)
United States Attorney
ALEX G. TSE (CA Bar No. 152348)
Chief, Civil Division
SARA WINSLOW (DC Bar No. 457643)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6925
    Facsimile: (415) 436-6748
    sara.winslow@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. TREVER KNOFLICK ) ) ) Plaintiffs, ) ) v. ) ) GREEN BAG CO., INC, et al., ) ) Defendants. ) ) | Case No.  C 12-3803 DMR **STIPULATION OF DISMISSAL; [PROPOSED] ORDER** |

    1.  Under Fed. R. Civ. P. 41(a)(1), the United States of America and Plaintiff-Relator Trever Knoflick hereby stipulate to the dismissal of this action with prejudice, pursuant to the terms and conditions of the Settlement Agreement effective December 15, 2014.

    2.  According to the terms of the Agreement, the Court retains jurisdiction over any disputes that may arise regarding compliance with them.

    3.  No answer has been served or filed, and no parties other than the United States and the Relator have appeared in this action.

    IT IS SO STIPULATED.

STIPULATION OF DISMISSAL, No.  C 12-3803 DMR

Respectfully submitted,

MELINDA HAAG

Dated: January 22, 2015          By:     __/s/ Sara Winslow signature on file_____
                                          SARA WINSLOW
                                          Assistant United States Attorney
                                          Attorneys for the United States of America

                                          KELLER GROVER, LLP
                                          GREENE LLP

Dated: January 20, 2015          By:     __/s/ Thomas M. Greene signature on file____
                                          Jeffrey F. Keller
                                          Kathleen R. Scanlan
                                          Thomas M. Greene
                                          Michael Tabb
                                          Ryan P. Morrison
                                          Attorneys for Qui Tam Plaintiff Trever Knoflick

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

1. This action is dismissed with prejudice.

2. The Court shall retain jurisdiction over any disputes that may arise regarding compliance with the parties' December 15, 2014 Settlement Agreement.

IT IS SO ORDERED.

Dated: January 26, 2015

_____
DONNA M. RYU
United States Magistrate Judge